IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO: 5:23-cv-00059-FL

| | |
|---|---|
| LUZ CAZARES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF SETTLEMENT |
| v. ) | AGREEMENT |
| ) | |
| FAMILY DOLLAR STORES OF NORTH ) | |
| CAROLINA, INC., ) | |
| ) | |
| Defendant. ) | |

NOW COMES Plaintiff, Luz Cazares, ("Plaintiff"), and hereby gives notice that the parties have reached a confidential settlement in this matter. It is anticipated that the parties will execute a formal settlement agreement within thirty (30) days of this filing. Plaintiff will dismiss with prejudice all claims against Defendant Family Dollar Stores of North Carolina, Inc. in accordance with the terms of the settlement agreement.

Respectfully submitted this the 1 day of May, 2023.

Narron & Holdford, P.A.

By: _____
Benjamin L. Eagles
N.C. Bar No. 26669
P.O. Drawer 279
Wilson, NC 27894-0279
Phone: (252) 237-3153
Facsimile: (252) 243-1733
BLE@narronholdford.com
*Attorney for Plaintiff*